USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**CEDRIC BISHOP,**

            **Plaintiff,**

-against-

**CALIFORNIA PAK INTERNATIONAL, INC.,**

            **Defendant.**

**24-cv-6011 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that the Parties have reached a settlement in principle, it is hereby **ORDERED** that the above-captioned action is discontinued with prejudice, affording Parties the right to restore the action to this Court's calendar if the application to restore the action is made within **forty-five days.** It is further **ORDERED** that all currently pending deadlines in this action be adjourned *sine die*.

**SO ORDERED.**

Dated:   **November 21, 2024**
            **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**