UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

v.

CALIFORNIA PAK INTERNATIONAL, INC.,

    Defendant.

------------------------------------- x

No.: 1:24-cv-6011

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, CALIFORNIA PAK INTERNATIONAL, INC., with prejudice and without fees and costs.

Dated: New York, New York
       December 30, 2024

                                        **GOTTLIEB & ASSOCIATES PLLC**

                                        <u>*/s/Michael A. LaBollita, Esq.*</u>

                              Michael A. LaBollita, Esq., (ML-9985)
                                  150 East 18th Street, Suite PHR
                                                New York, NY 10003
                                                Phone: (212) 228-9795
                                                   Fax: (212) 982-6284
                                                 Michael@Gottlieb.legal

                                                  *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge